Roy K. Farwell, appellee, v. Pearl M. Farwell, appellant. Gen. No. 6,750.

Petition by divorced husband for custody of children. Application by wife for solicitor's fees to resist petition. Petition granted. Application denied. Appeal from the Circuit Court of Stephenson county; the Hon. Richard S. Farrand, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed March 9, 1920. Rehearing denied April 14, 1920.

R. J. Carnahan and George A. Schneider, for appellant. Robert A. Hunter, for appellee.

Mr. Justice Dibell delivered the opinion of the court.

---

Dulcena B. Creps, administratrix of the estate of S. F. Creps, deceased, defendant in error, v. Cleveland, Cincinnati, Chicago & St. Louis Railroad Company, plaintiff in error. Gen. No. 6,712.

Action for death caused by train running at high speed in violation of ordinance. Judgment for plaintiff. Error to the Circuit Court of Iroquois county; the Hon. Frank L. Hooper, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed March 9, 1920. *Certiorari* denied by Supreme Court (making opinion final).

Free P. Morris, Eugene P. Morris and Roscoe C. South, for plaintiff in error; L. J. Hackney and Frank L. Littleton, of counsel. C. Helmer Johnson and Claude N. Saum, for defendant in error; James D. Power, of counsel.

Mr. Justice Heard delivered the opinion of the court.

---

B. Manfield, appellant, v. B. Weinman and M. Werner, trading as Weinman & Werner. B. Weinman, appellee. Gen. No. 6,713.

Action to recover damages for breach of contract to deliver scrap iron. Judgment for defendant Weinman after dismissal as to defendant Werner. Appeal from the Circuit Court of De Kalb county; the Hon. C. F. Irwin, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed March 9, 1920.

Alschuler, Putnam & Flannigen, for appellant. James W. Cliffe and William J. Fulton, for appellee.

Mr. Justice Heard delivered the opinion of the court.

---

Charles W. Pease, administrator of the estate of Warren W. Pease, deceased, plaintiff in error, v. Rockford City Traction Company and Rockford & Interurban Railway Company, defendants in error. Gen. No. 6,717.

Action for personal injuries while in defendants' employ. Judgment for defendants. Error to the Circuit Court of Winnebago county; the Hon. Claire C. Edwards, Judge, presiding. Heard in this court at the October term, 1919. Reversed and remanded. Opinion filed March 9, 1920.

Roy F. Hall, for plaintiff in error. Fisher, North, Welsh & Linscott, for defendants in error.

Mr. Justice Heard delivered the opinion of the court.